STATE OF NEW JERSEY v. FELIX VILAPLANA.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE FRANCISCO JIMINEZ.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN HAMMOND.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES H. PLANTE, JR.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY BURNEY.

February 27, 1987.

Petition for certification denied.